# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA A. BRESLOW** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **STATE STREET CORP.** | : | **NO. 20-212** |

## ORDER

**NOW**, this 29th day of June, 2020, upon consideration of the Defendant State Street Corporation's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Document No. 3), and the Plaintiff's Complaint (Document No. 1), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The complaint is **DISMISSED WITHOUT PREJUDICE.**

2. The plaintiff is granted leave to file an amended complaint within 30 days.

3. If the plaintiff does not file an amended complaint within 30 days, this action will be dismissed with prejudice.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.