*Donna Breslow*
*v*
*State Street Corp.*

Amendment Petition to Civil Action 20-212 United States District Court for the Eastern District of Pennsylvania

2020 JUL 15 P 2: 12
USDC-EDPA
CLERK

1. I, Jordan Breslow, now mount this pro se on behalf of my mother. As her son and heir I will take this case forward. See the attached death certificate and correspondence to opposing counsel.

2. I will attempt to clarify and remedy what His Honor has stated and move the complaint forward.

- The issue of Donna Breslow's disability and its serious effects will be attested to by Mrs. Breslow's primary physician Angela Michele, MD, MSCE in a deposition at a time of the court's choosing. Dr. Michele will outline as a licensed medical practitioner and doctor to Mrs. Breslow the degree and severity of her disability (both cognitive and physical). As well as has the ability to cite Mrs. Breslow extensive medical file personally.
- A complaint has been filed with EEOC (to obtain the Right to Sue Letter) but administrative backlog (please see the attached correspondence) requires a continuation on that matter.
- Sex Discrimination

1. Yes, a female employee over 40 is a protected class
2. Donna Breslow was eminently qualified distinguished graduate of the George Washington University in 1983, decades of meritorious work experience, and above average and excellent performance reviews that State Street has on file

3.  Donna Breslow was never above Assistant Vice President.
4.  Men and/or younger women was less merit were promoted.
5.  Points 4 & 5 can be corroborated in depositions and discovery.

- Hostile Environment

1.  A woman in a male dominated workplace.
2.  Donna Breslow frequently sexually propositioned in the work by male superiors in exchange for advancement. Mr. Joseph Firmani and Mr. Gerry Chille are two such individuals. The nature of this environment was severe and pervasive.
3.  Donna Breslow never responded or satisfied those advances. She was detrimentally affected by not ever receiving meritorious promotion.
4.  Sexual pressure and pressure to perform sex acts for advancement would affect any reasonable person.
5.  Mr. Joseph Firmani and Mr. Gerry Chille are and/or were State Street Corp officers/employees. A company is deemed responsible for their actions.

- Age Discrimination

1.  Yes, the plaintiff is (was at filing) 40 years or older
2.  No Senior Woman Assistant Vice President in the Berwyn location as of separation
3.  Yes, highly qualified. A distinguished graduate of the George Washington University in 1983, decades of meritorious work experience, and above average and excellent performance reviews that State Street has on file

4.  Many duties were being reassigned to younger employees, who to add insult to injury Donna Breslow was required to assist in training.

- FMLA Interference

1.  Yes, an eligible employee under the FMLA
2.  Yes, State Street Corp is subject to the FMLA of 1993
3.  Yes, Donna Breslow was entitled to leave and as medical documents attached show, greater leave.
4.  Yes, the Defendant has the full FMLA file. See will request it in the discovery phase.
5.  Yes, Donna Breslow was entitled to leave and as medical documents attached show, greater leave. State Street pushed her off leave to Long Term Disability and COBRA as a cost-cutting measure. Her own doctor argued her position should be saved for a little while longer (see attached). Clear FMLA non-compliance on State Street Corp's part.

7/15/2020

Signed
Petitioner
Jordn
Bresl

105.805 REV (7/18)

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

P 26830124
Certification Number

*Linda P Eagen* (signature)
Local Registrar

APR/13/2020
Date Issued

---

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

## CERTIFICATE OF DEATH

State File Number: **328892-2020**

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Donna Breslow |
| 2. Sex | Female |
| 3. Social Security Number | 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 |
| 4. Date of Death | April 09, 2020 |
| 5a. Age-Last Birthday (Yrs) | 59 |
| 6. Date of Birth | March 03, 1961 |
| 7a. Birthplace | Allentown, Pennsylvania |
| 7b. Birthplace (County) | Lehigh |
| 8a. Residence (State) | Pennsylvania |
| 8b. Residence (Street) | 112 S 19th Street #2303 |
| 8c. Did Decedent Live in a Township? | No, decedent lived within limits of Philadelphia city/boro. |
| 8d. Residence (County) | Philadelphia |
| 8e. Residence (Zip Code) | 19103 |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Married |
| 11. Surviving Spouse's Name | Jonathan Breslow |
| 12. Father / Parent's Name | Harry Lande |
| 13. Mother / Parent's Name Prior to First Marriage | Esther Krouse |
| 14a. Informant's Name | Jordan Breslow |
| 14b. Relationship to Decedent | Son |
| 14c. Informant's Mailing Address | 200 W Washington Square #2609 Philadelphia, PA 19106 |
| 15a. Place of Death | [X] Decedent's Home |
| 15b. Facility Name | 112 S 19th Street #2303 |
| 15c. City or Town, State, and Zip Code | Philadelphia, Pennsylvania 19103 |
| 15d. County of Death | Philadelphia |
| 16a. Method of Disposition | [X] Cremation |
| 16b. Date of Disposition | April 10, 2020 |
| 16c. Place of Disposition | Ivy Hill Cemetery & Crematory |
| 16d. Location of Disposition | Philadelphia, Pennsylvania 19150 |
| 17a. Signature of Funeral Service Licensee | Jonathon D Levine (Electronically Signed) |
| 17b. License Number | FD138565 |
| 17c. Name and Complete Address of Funeral Facility | Levine & Sons Memorial Chapel Inc, 4737 Street Road Trevose, Pennsylvania 19053 |

**18. Decedent's Education:** [X] Bachelor's degree (e.g. BA, AB, BS)

**19. Decedent of Hispanic Origin:** [X] No, not Spanish/Hispanic/Latino

**20. Decedent's Race:** [X] White

**21. Decedent's Single Race Self-Designation:** [X] White

**22a. Decedent's Usual Occupation:** Assistant Vice President
**22b. Kind of Business/Industry:** Banking

ITEMS 23a – 24 MUST BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH

| 23a. Date Pronounced Dead | 23b. Signature of Person Pronouncing Death | 23c. License Number |
|---|---|---|
| | | |

**23d. Date Signed:**
**24. Time of Death:** 10:13 AM
**25. Was Medical Examiner or Coroner Contacted?** [X] No

### CAUSE OF DEATH

26. Part I.
a. IMMEDIATE CAUSE: **Breast Cancer**
b.
c.
d.

26. Part II. Other significant conditions:

**27. Was an autopsy performed?** [X] No
**28. Were autopsy findings available to complete the cause of death?**

**29. If Female:** [X] Unknown if pregnant within the past year

**30. Did Tobacco Use Contribute to Death?** [X] Unknown

**31. Manner of Death:** [X] Natural

**32. Date of Injury:**
**33. Time of Injury:**
**34. Place of Injury:**
**35. Location of Injury:**
**36. Injury at Work:**
**37. If Transportation Injury:**
**38. Describe How Injury Occurred:**

**39a. Certifier:** [X] Certifying only – To the best of my knowledge, death occurred due to the cause(s) and manner stated.

Signature of certifier: *Alana Sagin (Signature on File)*
Title of certifier: MD
License Number: MD449185

**39b. Name, Address and Zip Code of Person Completing Cause of Death:** Alana Sagin, 150 Monument Road Bala Cynwyd, Pennsylvania 19004

**39c. Date Signed:** April 09, 2020

**40. Registrar's District Number:** 09-101
**41. Registrar's Signature:** *Linda P Eagen (Signature on File)*
**42. Registrar File Date:** April 11, 2020

**43. Amendments:**

Disposition Permit No. E207281

H105-143 REV 11/2017-E



Jordan Breslow <jordanbreslow93@gmail.com>

## Re: Donna Breslow v. State Street
1 message

**Jordan Breslow** <jordanbreslow93@gmail.com>      Fri, Apr 24, 2020 at 11:27 AM
To: "Buckingham, Wendy" <wbuckingham@littler.com>

Dear Wendy,

    My mother passed recently, please the attached death certificate. I'm writing to inform that this legal matter is not over, we have her statements adequately recorded.

    Frankly, I'm disgusted by State Street overall and in this matter. Waiting for a very sick woman to die instead of negotiating an equitable settlement in earnest; shameful!

    I'd encourage you to pass this along to your client. In my mother's passing I've heard from many of my mother's colleagues formerly at State Street. Additionally, I very tempted to renew my contacts with media folks, I appalled with State Street's conduct. And as long as I'm around I'll carry this in my heart.

    I await your response.


    -Jordan Breslow

📎 **DonnaBreslowDeathCertificate.pdf**
1377K



## Appointment Scheduling Step 2 of 3

Go Back (Default.aspx)   EEOC Public Portal (https://Publicportal.eeoc.gov/Portal/SupplementalInformation.aspx?From=530-2020-04631)

*There are no appointments available. If you have an urgent inquiry and need to schedule an appointment as soon as possible, PLEASE CALL 1-866-408-8075, EMAIL INFO@EEOC.GOV (mailto:info@eeoc.gov), OR CONTACT YOUR NEAREST EEOC OFFICE.*

### Appointment Date Selector

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  | 07/15/2020 | 07/16/2020 | 07/17/2020 | 07/18/2020 |
| 07/19/2020 | 07/20/2020 | 07/21/2020 | 07/22/2020 | 07/23/2020 | 07/24/2020 | 07/25/2020 |
| 07/26/2020 | 07/27/2020 | 07/28/2020 | 07/29/2020 | 07/30/2020 | 07/31/2020 | 08/01/2020 |
| 08/02/2020 | 08/03/2020 | 08/04/2020 | 08/05/2020 | 08/06/2020 | 08/07/2020 | 08/08/2020 |
| 08/09/2020 | 08/10/2020 | 08/11/2020 | 08/12/2020 | 08/13/2020 | 08/14/2020 |  |

Go Back (Default.aspx)   EEOC Public Portal (https://Publicportal.eeoc.gov/Portal/SupplementalInformation.aspx?From=530-2020-04631)

Privacy Policy (https://www.eeoc.gov/privacy.cfm) | Disclaimer (https://www.eeoc.gov/disclaimer.cfm) | USA.gov (https://www.usa.gov/)



*Again no Availability*

 Jordan Breslow <jordanbreslow93@gmail.com>

## Re: 530-2020-04631
1 message

**Jordan Breslow** <jordanbreslow93@gmail.com>  Mon, Jul 13, 2020 at 11:04 AM
To: INFO@eeoc.gov

I need a telephone interview ASAP to obtain a Right to Sue Letter for a pending amendment to a pending Federal Lawsuit.

-Jordan Breslow

# State Street
# Reasonable Accommodation Request Form

State Street is committed to providing equal employment opportunity for qualified employees with disabilities, including providing reasonable accommodations. Following an employee's request for accommodation, State Street will assess the information provided by the employee and his/her doctor or healthcare provider pursuant to this Request Form. If State Street determines that a reasonable accommodation is appropriate, and would not result in an undue hardship on its business operations, the Company will engage with the employee to arrive at an appropriate accommodation.

## Instructions for Completion of Reasonable Accommodation Request Form

- Please complete Section A, and provide this Form, with Section A completed, to your healthcare professional, and ask him or her to review Section A, complete Section B and return the Form to you.
- You should return the completed form to your Employee Relations Representative as soon as possible, but no later than two weeks from your initial request, or at least two weeks before the date on which you are requesting that the accommodation be made or commence, as applicable. Accommodations generally will not be made or commence until the Company has received and evaluated this form.
- If the accommodation you are requesting consists of an unpaid leave of absence for a determined amount of time or a period of intermittent leave, please consult with your Employee Relations Representative regarding the Company's Short and Long Term Disability Policies, and FMLA policy. Any leave provided as a reasonable accommodation will, if applicable, count toward your FMLA eligibility as well as your eligibility under any applicable state or local statute.

## SECTION A: Accommodation Request Details (to be completed by employee)

Breslow                  Donna                    ___
Last Name                First Name               MI

_____              _____              _____
Department               Internal Address         Employee ID Number

My functions/duties of my job are hindered by frequent medical treatments.
Please describe the functions of your position which are affected by your disability.

An extension of leave to recuperate which will/may
Please describe the accommodation you are requesting to enable you to perform the functions of your position listed above.
enable a return to my duties

A further extension of leave to fully recuperate will will/may
Please describe any alternative accommodations that may enable you to perform the essential functions of your position.
enable a return to my duties

State Street
Reasonable Accommodation Request Form

## SECTION A continued (to be completed by employee)

Employee Authorization and Release: I hereby authorize _Donna Breslow_ (name of healthcare professional) to provide the information requested in Section B below, including copies of my medical records, to the Company and hereby release him/her from any and all claims or causes of action resulting from the disclosure of this information. I hereby waive any physician-patient privilege that may exist with respect to the confidentiality of the information provided in connection herewith.

_____          8/6/2019
Employee Signature                         Date

## SECTION B: Accommodation Request Documentation (to be completed by healthcare professional)

**NOTE TO HEALTHCARE PROFESSIONAL:** The State Street employee under your care has requested a reasonable accommodation for a disability. State Street requires documentation of the employee's disability, as well as information regarding the employee's functional limitations, in order to evaluate the employee's request for accommodation consistent with applicable law. You may *either* fill out the form below or provide alternative documentation which provides substantially the same information. State Street appreciates your cooperation in addressing its employee's request.

_Patient has metastatic breast cancer, getting chemotherapy_
Please indicate the physical/mental condition(s) from which the employee suffers. _every 3 weeks_

_Patient has stage IV breast cancer, getting chemotherapy_
Please explain the nature, severity and expected duration of the condition(s). _every 3 weeks, tolerating treatment well._

_Patient can return to work with accommodations, pinch shower days,_
Please refer to the job functions the employee has identified in Section A as being affected by his/her disability, and _work_
indicate your assessment of the employee's ability to perform these or any other job functions. _from home._

_Working from home, shorter work day, as per patient_
Please indicate whether you believe that there are accommodations the Company could reasonably make which would _preference_
enable the employee to perform his/her position, and if so, please describe the accommodations you believe would enable the employee to perform his/her position.

_For now 6-12 months, to be re-assessed in 6-12 months._
Please indicate the expected duration of the employee's need for accommodation.

_____          Date: 8/8/19
Treating Healthcare Professional

 Linked in  Join now | Sign in

Joseph Firmani

# Joseph Firmani

VP Operations at State Street

Greater Philadelphia Area · 47 connections

 State Street

Join to Connect

## Experience



**VP Operations**
State Street
Oct 2002 – Present · 17 years 10 months

## View Joseph's full profile

- See who you know in common
- Get introduced
- Contact Joseph directly

Join to view full profile

**You're signed out**
Sign in for the full experience

Sign in

Join now

**Linked** in    Join now | Sign in

Gerry Chille

# Gerry Chille

Vice President, COO for the Lazard Relationship

Greater New York City Area · 212 connections

Join to Connect

State Street Bank

Adelphi University

## Activity



S J B 🐾 S W E E T H E A R T S ♡ Dylan & Christina Kort 🏠 #SJBDHS #SJBAlumni #CougarNation 🐾 #ForeverACougar #SJBSweethearts #CougarsPast ⏳

Liked by Gerry Chille

Very excited to say two weeks ago, I accepted a full-time therapist position at Yes Community Counseling Center within their Child ...

Liked by Gerry Chille



Yesterday, I received my Masters de... graduated with a 4.0 in Mental Hea... University. The last 2.5...

Liked by Gerry Chille

**You're signed out** ✕

Sign in for the full experience

Sign in

Join now



Join now | Sign in

### Gerry Chille



**State Street Bank**
Jan 2008 – Present · 12 years 7 months

As a Global COO I am responsible for all middle and back office service delivery to my clients. The services include Middle Office components of New Accounts, Transaction Management, Security Administration, Corporate Actions, Reconciliation, Recordkeeping, Fee Billing, Performance, GIPS Composites, Client Reporting, and Data Delivery. Additionally the back office services include Global Custody, Global Fund Accounting services, and Global Markets.

LAZARD

**Director**
Lazard Asset Management
Jun 1993 – Aug 2008 · 15 years 3 months

As a Director of Lazard Asset Management I was responsible for 65 staff delivering middle and back office services to the Lazard Business units. I reported directly to Lazard's Chief Operating Officer.

## Education



**Adelphi University**
Masters in Business Administration · Management
1994 – 1997

**Molloy College**
Bachelor of Arts (BA) · Business, Management, M
1989 – 1991

### You're signed out 
Sign in for the full experience

## Recommendations

A preview of what LinkedIn members have to say about G

Sign in

" Gerry is a reliable employee. He is person that will giv      Join now
willing to assist his colleagues when there is a need. His concept on work ethics is exceptional.

 Join now | Sign in

Gerry Chille

Join now to view

## View Gerry's full profile

See who you know in common

Get introduced

Contact Gerry directly

Join to view full profile

## People also viewed

**Marcus Spero**
Managing Director at State Street

**Nathan Paul**
Chief Business Officer at Lazard Asset Management

 **Sasha Jensen**
Founder of Jensen Partners

 **James Kong**
Managing Director at BlackRock - Retired

**Justin Derman**
Lead Developer at Roster.ninja

 **Crystal Breem**
"Skillset can be taught, but mindset is priceless."

**Edward Gertsberg**

**You're signed out** ×
Sign in for the full experience

Sign in

Join now



## Appointment Scheduling Step 2 of 3

Go Back (Default.aspx)   EEOC Public Portal (https://Publicportal.eeoc.gov/Portal/SupplementalInformation.aspx?From=530-2020-04631)

There are no appointments available. If you have an urgent inquiry and need to schedule an appointment as soon as possible, PLEASE CALL 1-866-408-8075, EMAIL INFO@EEOC.GOV (mailto:info@eeoc.gov), OR CONTACT YOUR NEAREST EEOC OFFICE.

### Appointment Date Selector

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 07/13/2020 | 07/14/2020 | 07/15/2020 | 07/16/2020 | 07/17/2020 | 07/18/2020 |
| 07/19/2020 | 07/20/2020 | 07/21/2020 | 07/22/2020 | 07/23/2020 | 07/24/2020 | 07/25/2020 |
| 07/26/2020 | 07/27/2020 | 07/28/2020 | 07/29/2020 | 07/30/2020 | 07/31/2020 | 08/01/2020 |
| 08/02/2020 | 08/03/2020 | 08/04/2020 | 08/05/2020 | 08/06/2020 | 08/07/2020 | 08/08/2020 |
| 08/09/2020 | 08/10/2020 | 08/11/2020 | 08/12/2020 |  |  |  |

Go Back (Default.aspx)   EEOC Public Portal (https://Publicportal.eeoc.gov/Portal/SupplementalInformation.aspx?From=530-2020-04631)

Privacy Policy (https://www.eeoc.gov/privacy.cfm) | Disclaimer (https://www.eeoc.gov/disclaimer.cfm) | USA.gov (https://www.usa.gov/)

*Working to obtain Right to Sue Letter. Adm delays given Health Crisis*