Donna Breslow

v.

State Street Corp.

Civil Action No. 20-212

Re: Photo Exhibits #1 through #8

Donna Breslow

V.

State Street Corp.

Civil Action No. 20-212

Re: Photo Exhibits #1 Through #8

2020 JUL 23 A 10: 45
USDC-EDPA













