# EXHIBIT A



**STATE STREET.**

Global Human Resources

801 Pennsylvania Avenue
Kansas City, MO 64105

statestreet.com

June 12, 2019

Donna Breslow
112 Winsor Ave
Elkins Park, PA 19027

Re: Disability Leave

Donna,

This letter serves as follow-up to your current disability leave.  Your 12 weeks of job-protected leave under the Family and Medical Leave Act (FMLA) has expired.  My understanding is that your long-term disability (LTD) benefits were approved by Prudential, the administrator of our STD and LTD benefit programs.

This letter is to advise you that you may be eligible for an additional period of leave as a reasonable accommodation under the Americans with Disabilities Act (ADA).  If you are eligible for such a leave, then State Street would continue to hold your job open for the duration of it. Your eligibility for this leave is separate from your eligibility for LTD, which is an insured benefit provided by Prudential, while the additional leave I am describing here is approved time off with job protection provided by State Street.

In order for us to evaluate whether or not an additional period of job-protected leave would be a reasonable accommodation, we ask that you and your doctor complete the enclosed documentation. State Street needs to obtain this information directly from you, because it does not have access to the medical information that you have submitted to Prudential. Please return the completed documentation to me no later than July 3, 2019.  You may return the paperwork to my attention via fax at 816-871-9627 or via email emnovellano@statestreet.com. State Street will continue to hold you job open for you through that date.

In the event that you decide not to seek an additional period of job-protected leave, or such a leave is determined not to be a reasonable accommodation under the ADA, then State Street may be unable to hold your job open for you any longer.  Whether or not you apply for or receive this additional period of leave, your eligibility for benefits under the LTD plan, will not be affected.

Please contact me if you have any questions.  I can be reached at 816-871-9190.

Sincerely,

Elizabeth M Novellano
State Street Global Human Resources
Employee Relations

Information Classification: Confidential