8/4/2020

Donna Breslow v. State Street Corp.
Civil Action No. 20-212

Re: Motion to Dismiss Amended Complaint

1) Jordan Breslow has Standing. Snyder v. Bell provides precendent for the Estate of the Plaintiff mounting a case.

2) The statute limitations argument does not hold water, The lawsuit was filed within the statute of limitations (Jan 13th, 2020).

3) Breslow states a number of claims:
- Age discrimanation
- GENDER discrimination
- Sexual Harrassment
- Wrongful Termination

If his honor get not argue with the points above a beg for leave to be granted to amend the complaint further, as this is a pro se case.

RECEIVED AUG 3 2020

Jordan Breslow
Civil Action No. 20-212
Donna Breslow
v.
State Street Corp.

