# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA A. BRESLOW** | : | **CIVIL ACTION** |
| **v.** | : | |
| **STATE STREET CORP.** | : | **NO. 20-212** |

## ORDER

**NOW,** this 5th day of November, 2020, upon consideration of the Defendant State Street Corporation's Motion to Dismiss Plaintiff's Amended Complaint (Document No. 11) and the plaintiff's response (Document No. 12), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE.**

                                                /s/ Timothy J. Savage_____
                                                TIMOTHY J. SAVAGE, J.